Madeleine Michele Ekang
BANACK, Petitioner,

v.

U.S. IMMIGRATION & NATURAL-
IZATION SERVICE; John
Ashcroft, Respondents.

No. 02–1803.

United States Court of Appeals,
Fourth Circuit.

Submitted May 20, 2003.

Decided May 30, 2003.

Bokwe G. Mofor, Silver Spring, Mary-
land, for Petitioner. Robert D. McCallum,
Jr., Assistant Attorney General, Genevieve
Holm, Trial Attorney, Leslie M. McKay,
Office of Immigration Litigation, United
States Department of Justice, Washington,
D.C., for Respondents.

Before WILKINSON, MOTZ, and
KING, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

## OPINION

PER CURIAM:

Madeleine Michele Ekang Banack, a na-
tive and citizen of Gabon, petitions for
review of an order of the Board of Immi-
gration Appeals ("Board") affirming with-
out opinion the immigration judge's order
denying her applications for asylum and
withholding of removal.

The decision to grant or deny asylum
relief is conclusive "unless manifestly con-
trary to the law and an abuse of discre-
tion." 8 U.S.C. § 1252(b)(4)(D) (2000).
We conclude that the record supports the
immigration judge's conclusion that Ba-
nack failed to establish her eligibility for
asylum. *See* 8 C.F.R. § 208.13(a) (2003);
*Gonahasa v. INS*, 181 F.3d 538, 541 (4th
Cir.1999). As the decision in this case is
not manifestly contrary to law, we cannot
grant the relief that Banack seeks.

Additionally, we uphold the immigration
judge's denial of Banack's application for
withholding of removal. The standard for
withholding of removal is more stringent
than that for granting asylum. *Chen v.
INS*, 195 F.3d 198, 205 (4th Cir.1999). To
qualify for withholding of removal, an ap-
plicant must demonstrate "a clear proba-
bility of persecution." *INS v. Cardoza–
Fonseca*, 480 U.S. 421, 430–31, 107 S.Ct.
1207, 94 L.Ed.2d 434 (1987). Because Ba-
nack fails to show that she is eligible for
asylum, she cannot meet the higher stan-
dard for withholding of deportation.

Accordingly, we deny the petition for
review. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*PETITION DENIED.*